IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS SPIKER and
SHARON SPIKER, his wife,

      Plaintiff,

v.                            CASE NO.: 1:11cv114-SPM/GRJ

THE UNITED STATES OF AMERICA,
on behalf of the UNITED STATES
DEPARTMENT OF VETERAN AFFAIRS,

      Defendant.
_____/

## ORDER OF DISMISSAL

Upon consideration of the Mediation Disposition Report (doc. 16) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for 60 days during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 13th day of March, 2012.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge